BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jonathan L. Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff EVOX
Productions, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MILLEN SPORTPARTS, INC. (D/B/A STILLEN), a California corporation, and STEVE MILLEN, an individual,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT**<br><br>**2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff EVOX Productions, LLC ("EVOX"), by its attorneys, Browne George Ross LLP, alleges, with personal knowledge as to its own actions, and upon information and belief as to those of others, as follows:

## INTRODUCTION

1. EVOX has been in business for over twenty years, licensing high-quality photo, video and interactive automotive vehicle imagery. It has created a library with over one million unique images and videos and is widely recognized as the best quality and most comprehensive of its kind in the United States. Its library includes pictures of over 9,000 makes and models of cars that have been sold in the United States from 2000 to the present. In order to protect its investment and valuable intellectual property, EVOX owns registered copyrights in the images in its library. A copyright registration may include multiple still images for a car, including exterior spins and interior panoramas.

2. EVOX's images display information that identify EVOX as the copyright owner, including the phrase "© EVOX IMAGES." EVOX IMAGES is a registered trademark of EVOX (registration number 3,649,661).

3. Steve Millen Sportparts, Inc. ("STILLEN") is an automobile performance parts store with its principal place of business in Costa Mesa, California. Its CEO is Steve Millen. STILLEN has registered and uses a website (www.stillen.com) from which customers of STILLEN can view its products for sale.

4. In the past three years, STILLEN's website has displayed over 600 photographs copyrighted to EVOX, without EVOX's authorization.

5. When displaying EVOX's photographs on its website, STILLEN removed the information identifying EVOX as the copyright owner or distributed the photographs with the knowledge that the copyright information had been removed or altered without EVOX's permission.

## PARTIES

6. EVOX is a Delaware limited liability company with its principal place of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

7. STILLEN is a California corporation with its principal place of business in Costa Mesa, California. It has registered, and is otherwise responsible for, the website www.stillen.com.

8. Steve Millen lives in California. He is—and, at all relevant times, has been—the chief executive officer of STILLEN.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over the infringement of United States copyrights pursuant to 17 U.S.C. § 501 *et seq.* and 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has subject matter jurisdiction over violations of the Digital Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. § 1202 *et seq.* and 28 U.S.C. §§ 1331 and 1338(a).

11. This Court has personal jurisdiction over defendant STILLEN because: (1) STILLEN is a California corporation with its principal place of business in California that regularly conducts business in California, and (2) STILLEN's copyright infringement and violations of the DMCA have occurred in this District and were intended to cause harm to EVOX in this District.

12. This Court has personal jurisdiction over defendant Steve Millen because Mr. Millen resides, and regularly conducts business, in California.

13. Under 28 U.S.C. § 1391, venue is proper in this district because STILLEN (led by Steve Millen) has its principal place of business in the Central District of California. Venue is also proper because a substantial part of the events or omissions giving rise to EVOX's claims for infringement and violations of the DMCA occurred in this district.

## ALLEGATIONS COMMON TO ALL CLAIMS

14. Since 2000, EVOX has created and licensed high-quality digital photographs and other images of car makes and models in the United States.

15. EVOX owns the copyrights to more than one million photographs and other images of cars.

16. EVOX recently discovered that STILLEN has been displaying EVOX's photos on STILLEN's website (www.stillen.com). EVOX never authorized STILLEN's use of the EVOX Photos.

17. Within the past three years, the EVOX's photos appeared in at least 611 images on STILLEN's website. Exhibit A contains: (1) pages identifying the URLs at which EVOX's photos appeared on STILLEN's website within the past three years, (2) print-outs from the public catalog of the United States Copyright Office for the EVOX photos, and (3) comparisons between images from STILLEN's website (appearing at the top of the page) and the corresponding EVOX photo (appearing at the bottom of the page).

18. STILLEN intentionally—and without the authority of EVOX— removed information identifying EVOX as the copyright owner of the 611 images on STILLEN's website. STILLEN also distributed EVOX's photos with the knowledge that the copyright management information had been removed or altered without EVOX's permission.

19. As the CEO of STILLEN (which is a small company) during the relevant time period, Mr. Millen has controlled STILLEN, made important decisions regarding its business and has a financial stake in its performance.

## COUNT ONE

### (Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

20. EVOX re-alleges the allegations contained in the preceding paragraphs.

21. Each of EVOX's photos is an original pictorial work and constitutes copyrightable subject matter under 17 U.S.C. §§ 101 and 102.

-3-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

22. EVOX did not authorize STILLEN or Steve Millen to copy, display, distribute or transmit EVOX's photos.

23. Defendants have infringed EVOX's copyrights in at least 611 images through the copying, public display, distribution or transmission of EVOX's photos.

24. Steve Millen, the CEO of STILLEN, has been the conscious force behind STILLEN's infringement.

25. Defendants' infringement has been willful. They were aware that they were using EVOX's photos without authorization from EVOX or recklessly disregarded EVOX's rights in EVOX's photos. Defendants' willful intent is evidenced by (among other examples) the sheer number of infringing images on their site and their removal of EVOX's identifying information from the pictures.

26. EVOX has been damaged by defendants' willful infringement in a sum to be determined.

27. Defendants will continue their infringing activities unless enjoined. EVOX's remedy at law is inadequate to compensate it for the harm inflicted by defendants.

## COUNT TWO

### (Violation of the Digital Millennium Copyright Act)

28. EVOX re-alleges the allegations contained in the preceding paragraphs.

29. EVOX embedded copyright management information in EVOX's photos, including logos or registered trademarks that identified EVOX as the copyright owner.

30. In violation of 17 U.S.C. § 1202(b), STILLEN and Steve Millen have knowingly—and with the intent to induce, enable, facilitate, or conceal infringement—removed or altered identifying information about the copyright owner of EVOX's photos on STILLEN's website. Defendants have also distributed EVOX's photos via STILLEN's website while knowing that information about EVOX as the copyright owner has been removed or altered without authority of

-4-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

EVOX.

31. EVOX has been damaged by defendants' actions in a sum to be determined.

## PRAYER FOR RELIEF

WHEREAS, EVOX prays for the following relief against the defendants:

1. On Count I:

    a. For maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or such other amounts as may be proper pursuant to 17 U.S.C. § 504(c). Alternatively, EVOX, at its election, is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate infringement.

    b. For preliminary and permanent injunctions enjoining STILLEN, and all persons acting in concert or participation with it, from directly or indirectly infringing in any manner any of EVOX's copyrights and exclusive rights under copyrights whose registrations are listed in Exhibit A.

    c. For pre- and post-judgment interest.

    d. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

2. On Count II:

    a. For maximum statutory damages in the amount of $25,000 per violation under 17 U.S.C. § 1202.

    b. For pre- and post-judgment interest.

    c. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 1203(b).

3. For all counts, that the Court award EVOX such other and further relief as is just and proper.

## JURY DEMAND

EVOX demands a trial by jury on all issues so triable.

DATED: May 18, 2016

Keith J. Wesley
Jonathan L. Gottfried

By    /s/ Jonathan Gottfried
Jonathan L. Gottfried
Attorneys for EVOX Productions, LLC